IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VALERIE FLORES,

                        Plaintiff,

  v.                                               OPINION and ORDER

JASON GONZALEZ, et al.,                      23-cv-402-jdp

                        Defendants.

---

Plaintiff Valerie Flores, appearing pro se, filed this action in the United States District Court for the Southern District of New York, which transferred the case here on venue grounds. Screening Flores's complaint under 28 U.S.C. § 1915, I conclude that the case should be dismissed.

Flores titles her complaint as a motion for injunction, by which I take her to mean that she seeks restraining orders against more than 20 individuals for their assorted misdeeds against her over the past 30 years. There are many problems with this pleading. But it is enough to say that it is unclear whether this court has jurisdiction over any of the individual claims that Flores brings, and it is certain that she cannot seek relief against all of these individuals in the same lawsuit for completely unrelated events.

Because I cannot not discern any steps Flores could take to cure the many problems with this pleading, I will dismiss the case without allowing her a chance to file an amended complaint.

Flores also asks to seal her filing. I will deny that motion because she has not made a showing to overcome the presumption that public court records are open and transparent.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED.

2. Plaintiff's motion to seal, Dkt. 1, is DENIED.

3. The clerk of court is directed to enter judgment accordingly and close the case.

Entered June 21, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge